ELECTRONICALLY FILED
3/15/2022 2:30 PM
47-CV-2022-900829.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

FILED
DISTRICT COURT
2022 Mar 20  PM 04:14
CIRCUIT COURT
MADISON COUNTY, ALABAMA

| State of Alabama | **COVER SHEET** | Cas... |
|---|---|---|
| Unified Judicial System | **CIRCUIT COURT - CIVIL CASE** | 47... |
| Form ARCiv-93   Rev. 9/18 | (Not For Domestic Relations Cases) | Date of Filing: 03/15/2022   Judge Code: |

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA**

**MELANIE THRASH v. KLLM TRANSPORT SERVICES, LLC**

**First Plaintiff:** ☐ Business ☑ Individual ☐ Government ☐ Other

**First Defendant:** ☑ Business ☐ Individual ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☑ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**   F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER

R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO   Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**   ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

ERD004 | 3/15/2022 2:30:08 PM | /s/ JAIME C ERDBERG
 | Date | Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**   ☐ YES ☑ NO   ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**   ☐ YES ☑ NO

ELECTRONICALLY FILED
3/15/2022 2:30 PM
47-CV-2022-900298.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

## IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

| | |
|---|---|
| **MELANIE THRASH,** | ) |
| **an individual,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) CIVIL ACTION NO. _____ |
| | ) |
| **KLLM TRANSPORT SERVICES, LLC,** | ) |
| | ) |
| **Defendants.** | ) |

## COMPLAINT

**COMES NOW** the Plaintiff and files this Complaint, by and through her counsel.  In support thereof, Plaintiff states as follows:

## FACTUAL BACKGROUND

1. Plaintiff is an individual over the age of nineteen (19) years and is a resident of Spalding County, Georgia.

2. Upon information and belief, KLLM Transport Services, LLC, is a Texas corporation doing business in Madison County, Alabama.

3. Fictitious Parties A-Z, whether singular or plural, are those legal entities who are legally responsible for any or all of the damages Plaintiff suffered as a result of the vehicular collision at issue in this case, through claims of negligence, wantonness, dram shop, negligent entrustment, or any other tortious acts which caused or contributed to the vehicular collision at issue.

4. The incident which forms the basis of Plaintiff's complaint occurred in Madison County, Alabama.

## <u>COUNT I</u>
## <u>NEGLIGENCE/WANTONNESS</u>

5.      Plaintiff reaffirms and realleges each paragraph above as if fully set forth herein.

6.      On or about March 17, 2020, Defendant's agent, Karlos Warren, negligently and/or wantonly caused the vehicle he was operating to collide into the vehicle being operated by the Plaintiff.

7.      Defendant KLLM Transport Services, LLC is the owner of the vehicle driven by Karlos Warren.

8.      The above-referenced incident took place at on Lanier Road in Madison, Alabama.

9.      Defendant KLLM Transport Services, LLC, is liable for the negligence and/or wantonness of its driver, under the doctrine of *respondeat superior*.

10.     As the result of the negligence and/or wantonness of Defendant, the Plaintiff was caused to suffer damages, including, but not limited to, personal injury, lost wages, great pain and suffering, and medical expense.

11.     The Plaintiff is entitled to punitive damages pursuant to Code of Alabama § 6-11-20.

12.     The true names and identities of Fictitious Parties A-Z are unknown to the Plaintiff at this time and will be added by amendment in accordance with the Alabama Rules of Civil Procedure when the true names and identities are ascertained.

**WHEREFORE**, Plaintiff demands compensatory and punitive damages in an amount to be determined by the Court.

## <u>COUNT II</u>
## <u>NEGLIGENT ENTRUSTMENT</u>

13.     Plaintiff reaffirms and realleges each paragraph above as if fully set forth herein.

14.    Defendant KLLM Transport Services, LLC owed a duty to the Plaintiff to use reasonable care in entrusting a vehicle to Karlos Warren.

15.    Defendant KLLM Transport Services, LLC breached its above-referenced duty and entrusted said vehicle in a negligent and/or wanton manner.

16.    As the result of the negligence and/or wantonness of KLLM Transport Services, LLC, the Plaintiff was caused to suffer damages, including, but not limited to, personal injury, lost wages, great pain and suffering, and medical expense.

17.    The Plaintiff is entitled to punitive damages pursuant to Code of Alabama § 6-11-20.

## COUNT III
## NEGLIGENCE/WANTONNESS

18.    Plaintiff reaffirms and realleges each paragraph above as if fully set forth herein.

19.    Defendant KLLM Transport Services, LLC owed a duty to the Plaintiff to use reasonable care in hiring, retaining, and supervising Karlos Warren.

20.    Defendant KLLM Transport Services, LLC breached its above-referenced duties and hired and/or retained and/or supervised Karlos Warren in a negligent and/or wanton manner.

21.    As the result of the negligence and/or wantonness of Defendant KLLM Transport Services, LLC, the Plaintiff was caused to suffer damages, including, but not limited to, personal injury, lost wages, great pain and suffering, and medical expense.

22.    The Plaintiff is entitled to punitive damages pursuant to Code of Alabama § 6-11-20.

Respectfully submitted,

s/ Mark Erdberg
Mark Erdberg (ERD003)
Attorney for Plaintiff

s/ Jaime C. Erdberg
Jaime C. Erdberg (ERD004)
Attorney for Plaintiff


**OF COUNSEL:**
JAFFE & ERDBERG, PC
600 20th Street No., Suite 400
Land Title Building
Birmingham, Alabama  35203

**DEFENDANT TO BE SERVED BY CERTIFIED MAIL**

KLLM Transport Services, LLC
c/o C.T. Corporation System, Registered Agent
645 Lakeland East Drive, Suite 101
Flowood, MS 39232



AlaFile E-Notice

47-CV-2022-900298.00

To:   JAIME C ERDBERG
      jaime@333lawyers.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

MELANIE THRASH V. KLLM TRANSPORT SERVICES, LLC
47-CV-2022-900298.00

The following complaint was FILED on 3/15/2022 2:30:04 PM

Notice Date:    3/15/2022 2:30:04 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2022-900298.00

To:  KLLM TRANSPORT SERVICES, LLC
645 LAKELAND EAST DRIVE
SUITE 101
FLOWOOD, MS, 39232

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

MELANIE THRASH V. KLLM TRANSPORT SERVICES, LLC
47-CV-2022-900298.00

The following complaint was FILED on 3/15/2022 2:30:04 PM

Notice Date:     3/15/2022 2:30:04 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>47-CV-2022-900298.00 |
| --- | --- | --- |

### IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA
### MELANIE THRASH V. KLLM TRANSPORT SERVICES, LLC

**NOTICE TO:** KLLM TRANSPORT SERVICES, LLC, 645 LAKELAND EAST DRIVE SUITE 101, FLOWOOD, MS 39232

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JAIME C ERDBERG                                                                                              ,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: C/O JAFFE & ERDBERG, PC, 600 20th St N Ste 400, BIRMINGHAM, AL 35203                    .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of MELANIE THRASH pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 03/15/2022 | /s/ DEBRA KIZER | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ JAIME C ERDBERG

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on                                        .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

in                                        County,

*(Name of Person Served)*                               *(Name of County)*

Alabama on                              .

*(Date)*

*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

*(Server's Printed Name)*          *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>47-CV-2022-900298.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA**
**MELANIE THRASH V. KLLM TRANSPORT SERVICES, LLC**

**NOTICE TO:** KLLM TRANSPORT SERVICES, LLC, 645 LAKELAND EAST DRIVE SUITE 101, FLOWOOD, MS 39232

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JAIME C ERDBERG

*(Name(s) of Attorney(s)*

WHOSE ADDRESS(ES) IS/ARE: C/O JAFFE & ERDBERG, PC, 600 20th St N Ste 400, BIRMINGHAM, AL 35203

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of  GELANIE THRASH MELANIE THRASH
pursuant to the Alabama Rules of the Civil Procedure.
*(Name(s)*

| 03/15/2022 | /s/ DEBRA KIZER | By: mm |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ JAIME C ERDBERG
*(Plaintiff's/Attorney's Signature)*

**RETURN ON S**     7021 0950 0000 5493 5912

☐ Return receipt of certified mail received in this office on

☐ I certify that I personally delivered a copy of this Summons

in

*(Name of Person Served)*

Alabama on

*(Date)*

*(Type of Process Server)*          *(Server's Signature)*

*(Server's Printed Name)*

**47-CV-2022-900**
MELANIE THRASH V. KLLM TRANS

C001 - MELANIE THRASH          v.
*(Plaintiff)*

*(right side vertical text)* PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*
For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Postmark Here

**SERVICE RETURN COPY**

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KLLM Transport Services, LLC
645 Lakeland East Dr   Ste 101
Flowood, MS 39232
CV22-900298 D001 s/c

9590 9402 6399 0303 5906 81

2. Article Number (Transfer from service label)

7021 0950 0000 5493 5912

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X  
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

FILED IN OFFICE

MAR 25 2022

DEBRA KIZER
Clerk, Circuit Court Madison Co., AL

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

**USPS TRACKING #**





First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 6399 0303 5906 81

**United States
Postal Service**

* Sender: Please print your name, address, and ZIP+4® in this box*

Debra Kizer, Circuit Clerk
Circuit Court Division
Madison County Courthouse
100 North Side Square
Huntsville, AL 35801-4820

**AlaFile E-Notice**

47-CV-2022-900298.00

Judge: CHRIS COMER

To:   ERDBERG JAIME COWLEY
      jaime@333lawyers.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

MELANIE THRASH V. KLLM TRANSPORT SERVICES, LLC
47-CV-2022-900298.00

The following matter was not served on 3/25/2022

**D001 KLLM TRANSPORT SERVICES, LLC**

**Corresponding To**

OTHER

COVID 19 WRITTEN ON RETURNED GREEN CARD BY USPS -- NOT CONSIDERED SERVICE

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2022-900298.00

Judge: CHRIS COMER

To:  ERDBERG MARK DAVID
merdberg@yahoo.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

MELANIE THRASH V. KLLM TRANSPORT SERVICES, LLC
47-CV-2022-900298.00

The following matter was not served on 3/25/2022

**D001 KLLM TRANSPORT SERVICES, LLC**

**Corresponding To**

OTHER

COVID 19 WRITTEN ON RETURNED GREEN CARD BY USPS -- NOT CONSIDERED SERVICE

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390

ELECTRONICALLY FILED
4/4/2022 12:15 PM
47-CV-2022-900298.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

## IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

| | |
|---|---|
| MELANIE THRASH, | ) |
| an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. CV-2022-900298 |
| | ) |
| KLLM TRANSPORT SERVICES, LLC, | ) |
| | ) |
| Defendants. | ) |

## ALIAS
## COMPLAINT

**COMES NOW** the Plaintiff and files this Complaint, by and through her counsel. In support thereof, Plaintiff states as follows:

## FACTUAL BACKGROUND

1.     Plaintiff is an individual over the age of nineteen (19) years and is a resident of Spalding County, Georgia.

2.     Upon information and belief, KLLM Transport Services, LLC, is a Texas corporation doing business in Madison County, Alabama.

3.     Fictitious Parties A-Z, whether singular or plural, are those legal entities who are legally responsible for any or all of the damages Plaintiff suffered as a result of the vehicular collision at issue in this case, through claims of negligence, wantonness, dram shop, negligent entrustment, or any other tortious acts which caused or contributed to the vehicular collision at issue.

4.     The incident which forms the basis of Plaintiff's complaint occurred in Madison County, Alabama.

## <u>COUNT I</u>
## <u>NEGLIGENCE/WANTONNESS</u>

5.      Plaintiff reaffirms and realleges each paragraph above as if fully set forth herein.

6.      On or about March 17, 2020, Defendant's agent, Karlos Warren, negligently and/or wantonly caused the vehicle he was operating to collide into the vehicle being operated by the Plaintiff.

7.      Defendant KLLM Transport Services, LLC is the owner of the vehicle driven by Karlos Warren.

8.      The above-referenced incident took place at on Lanier Road in Madison, Alabama.

9.      Defendant KLLM Transport Services, LLC, is liable for the negligence and/or wantonness of its driver, under the doctrine of *respondeat superior*.

10.     As the result of the negligence and/or wantonness of Defendant, the Plaintiff was caused to suffer damages, including, but not limited to, personal injury, lost wages, great pain and suffering, and medical expense.

11.     The Plaintiff is entitled to punitive damages pursuant to Code of Alabama § 6-11-20.

12.     The true names and identities of Fictitious Parties A-Z are unknown to the Plaintiff at this time and will be added by amendment in accordance with the Alabama Rules of Civil Procedure when the true names and identities are ascertained.

**WHEREFORE**, Plaintiff demands compensatory and punitive damages in an amount to be determined by the Court.

## <u>COUNT II</u>
## <u>NEGLIGENT ENTRUSTMENT</u>

13.     Plaintiff reaffirms and realleges each paragraph above as if fully set forth herein.

14.     Defendant KLLM Transport Services, LLC owed a duty to the Plaintiff to use reasonable care in entrusting a vehicle to Karlos Warren.

15.     Defendant KLLM Transport Services, LLC breached its above-referenced duty and entrusted said vehicle in a negligent and/or wanton manner.

16.     As the result of the negligence and/or wantonness of KLLM Transport Services, LLC, the Plaintiff was caused to suffer damages, including, but not limited to, personal injury, lost wages, great pain and suffering, and medical expense.

17.     The Plaintiff is entitled to punitive damages pursuant to Code of Alabama § 6-11-20.

## COUNT III
## NEGLIGENCE/WANTONNESS

18.     Plaintiff reaffirms and realleges each paragraph above as if fully set forth herein.

19.     Defendant KLLM Transport Services, LLC owed a duty to the Plaintiff to use reasonable care in hiring, retaining, and supervising Karlos Warren.

20.     Defendant KLLM Transport Services, LLC breached its above-referenced duties and hired and/or retained and/or supervised Karlos Warren in a negligent and/or wanton manner.

21.     As the result of the negligence and/or wantonness of Defendant KLLM Transport Services, LLC, the Plaintiff was caused to suffer damages, including, but not limited to, personal injury, lost wages, great pain and suffering, and medical expense.

22.     The Plaintiff is entitled to punitive damages pursuant to Code of Alabama § 6-11-20.

Respectfully submitted,

s/ Mark Erdberg
Mark Erdberg (ERD003)
Attorney for Plaintiff

s/ Jaime C. Erdberg
Jaime C. Erdberg (ERD004)
Attorney for Plaintiff

**OF COUNSEL:**
JAFFE & ERDBERG, PC
600 20th Street No., Suite 400
Land Title Building
Birmingham, Alabama  35203

**DEFENDANT TO BE SERVED BY CERTIFIED MAIL**

KLLM Transport Services, LLC
134 Riverview Drive
Jackson, MS 39218



AlaFile E-Notice

47-CV-2022-900298.00

To:   JAIME C ERDBERG
        jaime@333lawyers.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

MELANIE THRASH V. KLLM TRANSPORT SERVICES, LLC
47-CV-2022-900298.00

The following alias summons was FILED on 4/4/2022 12:14:54 PM

Notice Date:      4/4/2022 12:14:54 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2022-900298.00

To:   KLLM TRANSPORT SERVICES, LLC
      134 RIVERVIEW DRIVE
      JACKSON, MS, 39218

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

MELANIE THRASH V. KLLM TRANSPORT SERVICES, LLC
47-CV-2022-900298.00

The following alias summons was FILED on 4/4/2022 12:14:54 PM

Notice Date:     4/4/2022 12:14:54 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2022-900298.00

To:   ERDBERG MARK DAVID
      merdberg@yahoo.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

MELANIE THRASH V. KLLM TRANSPORT SERVICES, LLC
47-CV-2022-900298.00

The following alias summons was FILED on 4/4/2022 12:14:54 PM

Notice Date:      4/4/2022 12:14:54 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>47-CV-2022-900298.00 |
| --- | --- | --- |

**IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA**
**MELANIE THRASH V. KLLM TRANSPORT SERVICES, LLC**

**NOTICE TO:** KLLM TRANSPORT SERVICES, LLC, 134 RIVERVIEW DRIVE, JACKSON, MS 39218

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JAIME C ERDBERG                                                                                                                                      ,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: C/O JAFFE & ERDBERG, PC, 600 20th St N Ste 400, BIRMINGHAM, AL 35203                                     .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THRASH MELANIE

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 04/04/2022 | /s/ DEBRA KIZER | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.        /s/ JAIME C ERDBERG

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on                                                          .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

                                                          in                                                          County,

*(Name of Person Served)*                                      *(Name of County)*

Alabama on                                     .

*(Date)*

_____        _____

*(Type of Process Server)*        *(Server's Signature)*        *(Address of Server)*

                            _____

                            *(Server's Printed Name)*        *(Phone Number of Server)*

# ORIGINAL

Alrac

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>47-CV-2022-900298.00 |

## IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA
## MELANIE THRASH V. KLLM TRANSPORT SERVICES, LLC

NOTICE TO: KLLM TRANSPORT SERVICES, LLC, 134 RIVERVIEW DRIVE, JACKSON, MS 39218

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
JAIME C ERDBERG

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: C/O JAFFE & ERDBERG, PC, 600 20th St N Ste 400, BIRMINGHAM, AL 35203

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THRASH MELANIE
*[Name(s)]*
pursuant to the Alabama Rules of the Civil Procedure.

| 04/04/2022 | /s/ DEBRA KIZER | By: _KL_ |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.

/s/ JAIME C ERDBERG
*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,

Alabama on _____
*(Name of Person Served)*                *(Date)*

_____
*(Type of Process Server)*        *(Server's Signature)*

*(Server's Printed Name)*

**47-CV-2022-**
MELANIE THRASH V. KLLM TR

C001 - THRASH MELANIE
*(Plaintiff)*
v.

7020 0090 0000 5416 0626

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

PS Form 3800, April 2015

OFFICIAL USE